IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :

    v.                               :   CRIMINAL NO. 10-147-2

ANDRE DAVS,                      :
    a/k/a "Murder"

## ORDER

AND NOW, this ___ day of March, 2014, it is hereby

ORDERED

that the government's motion to dismiss the petition under 28 U.S.C. § 2255 filed by the defendant is hereby granted, as the defendant filed this petition more than one year after his conviction became final, and he waived in his plea agreement the right to present any collateral challenge to his conviction and sentence and has not alleged any miscarriage of justice sufficient to overcome that waiver. See United States v. Khattak, 273 F.3d 557 (3d Cir. 2001).

BY THE COURT:

The Honorable Mary A. McLaughlin
United States District Judge